IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00460-LTB

KIMBERLY VELEZ,

    Plaintiff,

v.

D/S MONTOYA, S99037,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 12, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 12 day of April, 2013.

                           FOR THE COURT,

                           JEFFREY P. COLWELL, Clerk

                           By: s/ M.J. Garcia
                               Deputy Clerk